IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.B., by and through his Guardian ad Litem BRYAN FIFE; GLYNNIS BOHANNON; J.W., by and through his Guardian ad Litem STEVEN WRIGHT; JULIE WRIGHT, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>FACEBOOK, INC.,<br><br>    Defendant. | No. C 12-01894 CW<br><br>ORDER STRIKING PLAINTIFFS' OPPOSITION AND OBJECTIONS TO DEFENDANT'S REQUEST FOR JUDICIAL NOTICE, Docket Nos. 28 and 30. |

On July 2, 2012, Defendant Facebook, Inc. moved to dismiss Plaintiffs' second amended class action complaint and moved to strike certain class allegations. Docket No. 25. On July 26, 2012, Plaintiffs submitted their memorandum opposing the motion to dismiss and filed an additional brief objecting to Facebook's requests for Judicial Notice of Exhibits C through I in support of its motion to dismiss. Plaintiff's additional brief violates this Court's Local Rule 7-3(a), which concerns the requirements for opposition briefs and memoranda. The Rule states, "Any evidentiary and procedural objections to the motion must be contained within the brief or memorandum. Pursuant to Civil L.R. 7-4(b), such brief or memorandum may not exceed 25 pages of text."

Accordingly, the Court strikes Plaintiffs' opposition memorandum and separately filed objections. Docket Nos. 28 and 30. The Court grants Plaintiffs leave to amend and refile their opposition, incorporating any evidentiary objections. Plaintiffs'


refiled opposition to Defendant's motion to dismiss is due in five days. This order does not alter Defendant's deadline to file its reply brief or the August 30, 2012 hearing date on the motion to dismiss.

IT IS SO ORDERED.

Dated: 7/27/2012

CLAUDIA WILKEN
United States District Judge