UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

GLYNNIS BOHANNON, et al.,

    Plaintiffs,

  v.

FACEBOOK, INC.,

    Defendant.

Case No. 12-cv-01894-BLF

**CASE MANAGEMENT ORDER**

On 05/13/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | 07/24/2014 at 1:30 pm |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | N/A |
| Final Pretrial Conference | N/A |
| Trial | 10/19/2014 at 9:00 am |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5    IT IS FURTHER ORDERED THAT Motion for Class Certification due 08/21/2014.
6 Opposition to Motion due 10/16/2014.  Reply to Opposition due 11/25/2014.
7    IT IS FURTHER ORDERED THAT Class Certification Hearing is set for 12/18/2014 at
8 9:00 am.
9    IT IS FURTHER ORDERED THAT the parties are to file, within 14 days, a stipulated
10 proposed schedule through trial.
11    IT IS FURTHER ORDERED THAT a Case Management Statement is due 07/17/2014.

Dated:  May 14, 2014

_____
BETH LABSON FREEMAN
United States District Judge