C. Brooks Cutter, SBN 121407
John R. Parker, Jr., SBN 257761
KERSHAW, CUTTER & RATINOFF, LLP
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499
Emails: bcutter@kcrlegal.com / jparker@kcrlegal.com

Daniel B. Edelman
Katz, Marshall & Banks LLP
1718 Connecticut Avenue NW, Suite 600
Washington, DC 20009
Telephone: (202) 299-1140
Email: Edelman@kmblegal.com

Benjamin Edelman
169 Walnut Street
Brookline, MA 02445
Telephone: (617) 359-3360
Email: ben@benedelman.org

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| I.B., by and through his Guardian ad Litem GLYNNIS BOHANNON; J.W., by and through his Guardian ad Litem STEVEN WRIGHT, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>FACEBOOK, INC.,<br><br>    Defendant. | Case No. CV 12-01894 BLF<br><br>**STIPULATED NOTICE** |

1  Pursuant to Civil Local Rule 6-1, Plaintiffs and defendant Facebook, Inc. (collectively the
2  "Parties"), by and through their respective counsel, respectfully stipulate and agree, as follows:
3  WHEREAS, on August 21, 2014, Plaintiffs filed an administrative motion to file under
4  seal an un-redacted version of Plaintiffs' Memorandum of Points and Authorities in Support of
5  Plaintiffs' Motion for Class Certification ("MPA").
6  WHEREAS, on August 28, 2014, Defendant Facebook filed papers with the Court to
7  support its designations of confidentiality in this matter and the filing of the redacted portions of
8  the MPA under seal.
9  WHEREAS, on September 3, 2014, Plaintiffs filed a Notice of Intent to Withdraw
10 Request to File Under Seal Certain Portions of Plaintiffs' MPA and informed the Court that in
11 the event that the Parties cannot agree to a stipulation regarding the portions of the MPA that are
12 properly filed under seal, Plaintiffs would file a brief contesting Facebook's request to seal as to
13 part or all of the MPA on or before September 17, 2014.
14 WHEREAS, on September 11, 2014, the Parties participated in a meet and confer
15 telephone conference to discuss whether particular sections of the MPA are properly filed under
16 seal. At the conclusion of the conference, the Parties agreed to continue to meet and confer in an
17 effort to resolve these issues without the Court's intervention.
18 NOW, THEREFORE, the Parties hereby stipulate and agree, through their respective
19 counsel, that in the event the Parties cannot resolve any disagreements relating to whether
20 particular sections of the MPA are properly sealed, Plaintiffs will file a brief contesting those
21 designations on or before September 26, 2014.
22
23 Dated: September 12, 2014                     Respectfully submitted,
24                                               KERSHAW, CUTTER & RATINOFF, LLP
25
26                                               By:  /s/ John R. Parker, Jr.
                                                      John R. Parker, Jr.
27
28

STIPULATED NOTICE
2

Daniel B. Edelman
Katz, Marshall & Banks LLP
1718 Connecticut Avenue NW, Suite 600
Washington, DC 20009
Telephone: (202) 299-1140
Email: Edelman@kmblegal.com

Benjamin Edelman
169 Walnut Street
Brookline, MA 02445
Telephone: (617) 359-3360
Email: ben@benedelman.org)

*Attorneys for Plaintiffs*

Dated: September 12, 2014     COOLEY, LLP


By:   /s/Benjamin Klein
      Benjamin Kleine

      101 California Street, 5th Floor
      San Francisco, CA 94111-5800
      Tel: (415) 693-2000

STIPULATED NOTICE
3

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 12, 2014, I caused a copy of the foregoing document to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

                                          By: /s/John R. Parker, Jr.
                                                John R. Parker, Jr.