COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
BENJAMIN H. KLEINE (257225) (bkleine@cooley.com)
KRISTINE FORDERER (278745) (kforderer@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:  (415) 693-2000
Facsimile:  (415) 693-2222

Attorneys for Defendant Facebook, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| I.B., by and through his Guardian ad Litem GLYNNIS BOHANNON; J.W., by and through his Guardian ad Litem STEVEN WRIGHT, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>FACEBOOK, INC.,<br><br>　　　　　　Defendant. | Case No.  CV 12-01894 BLF<br><br>**STIPULATED NOTICE** |

　　　　Pursuant to Civil Local Rule 6-1, Plaintiffs and defendant Facebook, Inc. (collectively the "Parties"), by and through their respective counsel, respectfully stipulate and agree, as follows:

　　　　WHEREAS, on August 21, 2014, Plaintiffs filed an administrative motion to file under seal an un-redacted version of Plaintiffs' Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Class Certification ("MPA").

　　　　WHEREAS, on August 28, 2014, Defendant Facebook filed papers with the Court to support its designations of confidentiality in this matter and the filing of the redacted portions of the MPA under seal.

1  WHEREAS, on September 3, 2014, Plaintiffs filed a Notice of Intent to Withdraw Request to File Under Seal Certain Portions of Plaintiffs' MPA and informed the Court that in the event that the Parties cannot agree to a stipulation regarding the portions of the MPA that are properly filed under seal, Plaintiffs would file a brief contesting Facebook's request to seal as to part or all of the MPA on or before September 17, 2014.

WHEREAS, on September 24, 2014, Plaintiffs filed a Stipulated Noticed that the Parties agreed to continue meeting and conferring about the sealing issues and that in the event the Parties cannot resolve any disagreements relating to whether particular sections of the MPA are properly sealed, Plaintiffs would file a brief contesting those designations on or before October 10, 2014.

WHEREAS, the Parties have continued to meet and confer on these sealing issues, including today, October 10, 2014, but have been unable to resolve all of the disagreements.

NOW THEREFORE, the Parties hereby stipulate and agree, through their respective counsel, as follows:

1. Plaintiffs will file a memorandum opposing certain of Facebook's proposed redactions to Plaintiffs' MPA on or before October 14, 2014; and

2. Facebook will file a reply memorandum in support of such proposed redactions October 23, 2014.

Dated: October 10, 2014                    Respectfully submitted,

                                           COOLEY LLP

                                           By:    /s/ Whitty Somvichian
                                                  Whitty Somvichian

                                           *Attorneys for Facebook, Inc.*

| | | |
|---|---|---|
| 1 | Dated: October 10, 2014 | KERSHAW, CUTTER & RATINOFF, LLP |

By:   /s/ John R. Parker, Jr.
      John R. Parker, Jr.

Daniel B. Edelman
Katz, Marshall & Banks LLP
1718 Connecticut Avenue NW, Suite 600
Washington, DC 20009
Telephone: (202) 299-1140
Email: Edelman@kmblegal.com

Benjamin Edelman
169 Walnut Street
Brookline, MA 02445
Telephone: (617) 359-3360
Email: ben@benedelman.org

*Attorneys for Plaintiffs*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

Pursuant to Civil Local Rule 5-1(i)(3), I, Whitty Somvichian, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:  October 10, 2014          /s/ Whitty Somvichian
                                                 Whitty Somvichian

111050549 v1