UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GLYNNIS BOHANNON, et al., <br><br>    Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC., <br><br>    Defendant. | Case No.   12-cv-01894-BLF <br><br> **ORDER GRANTING PLAINTIFFS' MOTION TO SEAL** <br><br> [Re: ECF 111] |

On November 3, 2014, this Court granted requests by Defendant Facebook to permit the filing of certain documents under seal. *See* ECF 103, 104. The Court found that Defendant had made the requisite showing that the redactions requested were narrowly tailored, and that compelling reasons existed to seal the documents. *See, e.g.*, ECF 103 at 3-7.

Before the Court now is Plaintiffs' Motion to File Under Seal portions of its Reply in support of its Motion for Class Certification, as well as a one-page exhibit in its entirety: Exhibit TT to the Declaration of John R. Parker in support of the Motion for Class Certification. Plaintiffs declare that they seek to redact *only* information that has been designated highly confidential by the parties, pursuant to the terms of a protective order. *See* Mot. ¶¶ 2-3, Parker Decl. ¶ 2.

The documents Plaintiffs seek to seal reference information regarding certain refund policies employed by Facebook – information that this Court has previously ordered sealed pursuant to the parties' protective order and a showing that there are compelling reasons to seal the documents. *See, e.g.*, Sealing Order, ECF 103 at 4-7; *see also Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1213 (9th Cir. 2002). Defendant has previously declared that this type of information, designated highly confidential, could competitively disadvantage it were the information released publicly. *See generally* Richardson Decl., ECF 88.

1   As such, Plaintiffs' sealing request meets the "compelling reasons" standard articulated by
2   the Ninth Circuit in *Phillips*. 307 F.3d 1206, 1213. The Court therefore GRANTS Plaintiffs'
3   Motion to Seal.
4   **IT IS SO ORDERED.**
5   Dated: December 2, 2014

_____
BETH LABSON FREEMAN
United States District Judge