United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GLYNNIS BOHANNON, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>FACEBOOK, INC.,<br><br>　　　　　Defendant. | Case No.   12-cv-01894-BLF<br><br>**ORDER RE: SEALING**<br><br>[Re: ECF 113] |

On November 3, 2014, this Court granted Plaintiffs' request to remove several incorrectly filed documents. ECF 102. Pursuant to that Order, the Court instructed the clerk of court to remove from the docket the entry containing the incorrectly filed documents. *Id.* at 1. Plaintiffs were instructed to refile the Motion, along with the exhibits, in a new docket entry. On December 1, 2014, Plaintiffs refiled the motion and supporting documents at Docket Entry 113. Plaintiffs now seek an order sealing portions of the Motion for Class Certification, as well as 34 exhibits in their entirety. *See* Declaration of Tiffany Tran, ECF 113-1.

The Court has already engaged in a detailed analysis of this sealing request. *See* Sealing Order, ECF 103. After Plaintiffs initially requested that these 34 exhibits be sealed because they had been designated confidential or highly confidential by Defendant, Defendant narrowed its request and sought sealing of 24 exhibits in their entirety: Declaration of John Parker Exhibits G, H, I, K, L, M, N, O, P, Q, R, U, DD, EE, FF, GG, II, JJ, KK, LL, MM, NN, OO, and PP; as well as limited portions of five other documents: Plaintiffs' Memorandum of Points and Authorities in Support of their Motion for Class Certification and Parker Declaration Exhibits D, E, F, and V.

Pursuant to the analysis provided in the Court's prior sealing order, ECF 103 at 2-8, the Court finds the Defendant has shown compelling reasons to seal the documents as requested, *see*

*Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1213 (9th Cir. 2002), and HEREBY ORDERS that:

1. Defendant's request to file under seal in their entirety the 24 exhibits to the Parker Declaration is GRANTED.

2. Defendant's request to partially redact portions of exhibits D, E, F, and V is GRANTED.

3. Defendant's request to partially redact portions of the Plaintiffs' Memorandum of Points and Authorities in Support of its Motion for Class Certification is GRANTED.

**IT IS SO ORDERED.**

Dated: December 2, 2014

_____
BETH LABSON FREEMAN
United States District Judge