COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
BENJAMIN H. KLEINE (257225)
(bkleine@cooley.com)
AARTI G. REDDY (274889)
(areddy@cooley.com)
KRISTINE FORDERER (278745)
(kforderer@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:    (415) 693-2000
Facsimile:     (415) 693-2222

Attorneys for Defendant
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| I.B., by and through his Guardian ad Litem GLYNNIS BOHANNON and J.W., by and through his Guardian ad Litem STEVEN WRIGHT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No.  12-CV-01894 BLF<br><br>**NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPT OF CLASS CERTIFICATION HEARING**<br><br>Dept.:      Courtroom 3 (5th Floor)<br>Judge:     Beth Labson Freeman<br><br>Trial Date:  October 18, 2015 |

Notice is hereby given that, pursuant to General Order No. 59, Facebook, Inc. ("Facebook") will move the Court for limited redaction of portions of the transcript of the hearing on Plaintiffs' Motion for Class Certification ("Transcript") (Docket No. 123) within 21 days from December 19, 2014, the date the Transcript was filed with the Clerk of the Court. The hearing occurred on December 18, 2014 and was reported by Summer Fisher, the official Court Reporter. Facebook will move to redact only limited information that is "Highly Confidential—Attorneys'

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

112828187 v1

1.

NOTICE OF INTENT TO REQUEST
REDACTION OF TRANSCRIPT
CASE NO.  12-CV-01894 BLF

Eyes Only" under the Protective Order governing this case.  Pursuant to General Order No. 59, Facebook will serve the motion on all parties and the Court Reporter.

Dated: December 29, 2014    COOLEY LLP
MICHAEL RHODES (116127)
WHITTY SOMVICHIAN (194463)
BENJAMIN H. KLEINE (257225)
AARTI G. REDDY (274889)
KRISTINE FORDERER (278745)

  /s/ Whitty Somvichian
Whitty Somvichian (194463)
Attorneys for Defendant
FACEBOOK, INC.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

112828187 v1

2.

NOTICE OF INTENT TO REQUEST
REDACTION OF TRANSCRIPT
CASE NO. 12-CV-01894 BLF

# PROOF OF SERVICE
## (FRCP 5)

I am a citizen of the United States and a resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley LLP, 101 California Street, 5th Floor, San Francisco, California 94111-5800. On the date set forth below I served the documents described below in the manner described below:

**NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPT OF CLASS CERTIFICATION HEARING**

[x] (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

[x] (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California.

on the following part(ies) in this action:

Summer Fisher, Court Reporter
U.S. District Court – Northern District
San Jose Courthouse
280 South 1st Street
San Jose, CA  95113
email:  Summer_Fisher@cand.uscourts.gov

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 29, 2014, at San Francisco, California.

_____
Mercedes Milana

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

112828187 v1

3.

PROOF OF SERVICE
CASE NO. 12-CV-01894 BLF