FILED

JUN 10 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GLYNNIS BOHANNON, individually and on behalf of her minor Child I.B. and on behalf of all others similarly situated; et al., <br><br> Plaintiffs - Respondents, <br><br> v. <br><br> FACEBOOK, INC., <br><br> Defendant - Petitioner. | No. 15-80050 <br><br> D.C. No. 5:12-cv-01894-BLF Northern District of California, San Jose <br><br> ORDER |

Before: McKEOWN and TALLMAN, Circuit Judges.

The motion for leave to file the reply is granted. The reply is deemed filed as April 17, 2015. The motion for leave to file a sur-reply is denied.

The court, in its discretion, denies the petition for permission to appeal the district court's March 10, 2015 order granting in part and denying in part class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam).

CC/MOATT