KERSHAW, CUTTER & RATINOFF, LLP
C. BROOKS CUTTER (121407)
(bcutter@kcrlegal.com )
JOHN R. PARKER, JR. (257761)
(jparker@kcrlegal.com)
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

Attorneys for Plaintiffs

COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
BENJAMIN H. KLEINE (257225)
(bkleine@cooley.com)
AARTI G. REDDY (274889)
(areddy@cooley.com)
KRISTINE FORDERER (278745)
(kforderer@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Defendant
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| I.B., by and through his Guardian ad Litem GLYNNIS BOHANNON and J.W., by and through his Guardian ad Litem STEVEN WRIGHT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.,<br>Defendant. | Case No. 12-CV-01894 BLF<br><br>**STIPULATION AND [PROPOSED] ORDER RE SCHEDULE FOR MOTION FOR APPROVAL OF SETTLEMENT AND MOTION FOR ATTORNEYS' FEES**<br><br>Dept.:         Courtroom 3 (5th Floor)<br>Judge:        Beth Labson Freeman<br><br>Trial Date:  March 28, 2016 |

Pursuant to Civil Local Rule 6-2, defendant Facebook, Inc. ("Facebook") and Plaintiffs (collectively the "Parties"), by and through their respective counsel, respectfully stipulate and agree as follows:

WHEREAS, on June 4, 2015, pursuant to the Parties' stipulation and upon the Parties' agreement that they would attend private mediation, the Court extended various case deadlines as follows: (1) the trial date was extended to March 28, 2016, (2) the pretrial conference date was extended to March 3, 2016, and (3) the last day to hear dispositive motions was extended to January 14, 2016 (Dkt. No. 134);

WHEREAS, on August 25, 2015 the Parties conducted an in-person mediation with Hon. Edward A. Infante (Ret.) at JAMS;

WHEREAS, based on the framework developed at the mediation, the Parties engaged in further negotiations and reached a mutually agreeable Settlement Agreement; and

WHEREAS, because the Settlement Agreement provides for, *inter alia*, injunctive relief, but does not contain a release of claims by class members and does not include any other provision that would prejudice class members, the Parties agree that notice to class members is not required, on which issue the Parties will provide the Court with points and authorities;

NOW THEREFORE, it is hereby stipulated by and between the Parties through their respective attorneys of record as follows:

1.      Plaintiffs' deadline to file a motion for approval of the Parties' Proposed Settlement Agreement and any motion for attorneys' fees shall be January 15, 2016;

2.      Defendant's deadline to oppose any motion for attorneys' fees shall be February 9, 2016;

3.      Plaintiffs' deadline to file a reply in support of any motion for attorneys' fees shall be February 19, 2016;

4.      The hearing on Plaintiffs' motion for approval of the Proposed Settlement Agreement and on any motion for attorneys' fees shall be on March 3, 2016 at 9:00 a.m., or as soon thereafter as is convenient for the Court;

5.      All other currently scheduled deadlines shall be taken off calendar.

**IT IS SO STIPULATED.**

///

///

///

///

///

///

///

Cooley LLP
Attorneys At Law
San Francisco

Stip. and [Proposed] Order re Sched. for Mot. for Approval of Settlement and Mot. for Attorneys' Fees
Case No. 12-CV-01894 BLF
2.

1    Dated:  December 22, 2015          COOLEY LLP

2                                       By:  /s/ Whitty Somvichian

3                                            Whitty Somvichian

4                                       Attorneys for Defendant Facebook, Inc.

5    Dated:  December 22, 2015          KERSHAW, CUTTER & RATINOFF, LLP

6                                       By:  /s/ John R. Parker Jr.

7                                            John R. Parker Jr.

8                                       Attorneys for Plaintiffs and Class

9

10

11                          **PROPOSED ORDER**

12   PURSUANT TO STIPULATION; IT IS SO ORDERED.

13

14   Date: _____          _____

15                                           Honorable Beth Labson Freeman
                                             United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

Cooley LLP
Attorneys At Law
San Francisco

Stip. and [Proposed] Order re Sched. for Mot. for Approval of Settlement and Mot. for Attorneys' Fees
Case No.  12-CV-01894 BLF
3.

1

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

2          Pursuant to Civil Local Rule 5-1(i)(3), I, Whitty Somvichian, attest that concurrence in the

3   filing of this document has been obtained from each of the other signatories.

4

5   Dated:  December 22, 2015                    /s/ Whitty Somvichian_____
                                                 Whitty Somvichian
6

7   125433286

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Cooley LLP
Attorneys At Law
San Francisco

Stip. and [Proposed] Order re Sched. for Mot. for Approval of Settlement and Mot. for Attorneys' Fees
Case No.  12-CV-01894 BLF
4.