C. Brooks Cutter, SBN 121407
John R. Parker, Jr., SBN 257761
CUTTER LAW, P.C.
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 290-9400
Facsimile: (916) 558-9330
Emails: bcutter@cutterlaw.com / jparker@cutterlaw.com

Daniel B. Edelman
Katz, Marshall & Banks LLP
1718 Connecticut Avenue NW, Suite 600
Washington, DC 20009
Telephone: (202) 299-1140
Email: Edelman@kmblegal.com

Benjamin Edelman
169 Walnut Street
Brookline, MA 02445
Telephone: (617) 359-3360
Email: ben@benedelman.org

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| I.B., by and through his Guardian ad Litem GLYNNIS BOHANNON; J.W., by and through his Guardian ad Litem STEVEN WRIGHT, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>　　　　　　Defendant. | Case No. CV 12-01894 BLF<br><br>**NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF COSTS AND EXPENSES, AND INCENTIVE AWARDS FOR REPRESENTATIVE PLAINTIFFS**<br><br>Date:   March 17, 2016<br>Time:  9:00 AM<br>Court Room 3, 5th Floor<br><br>Hon.: Beth Labson Freeman, United States District Court Judge for the Northern District of California |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs, on March 17, 2016, or as soon thereafter as it may be considered, in the above entitled Court, located at 280 S. 1st Street, San Jose, CA 95113 will and do hereby move pursuant to Rule 23 of the Federal Rules of Civil Procedure for an Order Granting an Award of Attorneys' Fees, Reimbursement of Costs and Expenses, and Incentive Awards for Representative Plaintiffs. Plaintiffs' Motion is based on the Memorandum in Support of the Motion, the Declaration of C. Brooks Cutter in support of the Motion, and the declarations of Benjamin Edelman, Audra Ibarra, Daniel B. Edelman, Plaintiffs I.B. and J.W., Glynnis Bohannon, and Steven Wright, attached thereto, all other papers filed and proceedings had in this action, and such other matters as the Court may consider.

This Motion is made on the grounds that Plaintiffs' requested award of attorneys' fees of $1.25 million, costs and expenses of $29,115.66, and incentive awards of $5,000 for each of the Representative Plaintiffs, is appropriate given the time and labor of Class Counsel, and in consideration of factors including (1) the contingent nature of the fee agreement, both from the point of view of eventual success on the merits and from the point of view of securing an award beneficial to the class; (2) the experience, reputation, and ability of the attorneys who performed the services, and the skill they displayed in litigation; and (3) the amount involved and the results obtained on behalf of the class by plaintiff's counsel.

As set forth in more detail in Plaintiffs' Memorandum of Points and Authorities in support of this award and supporting declarations and exhibits, application of each of these factors strongly favors granting Class Counsel's request for attorneys' fees and costs in the case, the expenses sought by Class Counsel are reasonable and appropriate and advanced the prosecution of this case, and incentive awards for Plaintiffs are appropriate given their contribution of time and exposure to risk in this matter.

DATED:  January 15, 2016                    Respectfully submitted,

                                              CUTTER LAW, P.C.


                                              By:    /s/ John R. Parker, Jr.
                                                      John R. Parker, Jr.

2

NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF COSTS AND EXPENSES, AND INCENTIVE AWARDS FOR REPRESENTATIVE PLAINTIFFS
CASE NO. CV 12-01894 BLF

1
2   Daniel B. Edelman
3   Katz, Marshall & Banks LLP
    1718 Connecticut Avenue NW, Suite 600
4   Washington, DC 20009
    Telephone: (202) 299-1140
5   Email: edelman@kmblegal.com

6   Benjamin Edelman
    169 Walnut Street
7   Brookline, MA 02445
    Telephone: (617) 359-3360
8   Email: ben@benedelman.org

9
10  *Attorneys for Plaintiff*

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2016, I caused a copy of the foregoing document to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

By: /s/John R. Parker, Jr.
John R. Parker, Jr.