C. Brooks Cutter, SBN 121407
John R. Parker, Jr., SBN 257761
CUTTER LAW, P.C.
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 290-9400
Facsimile: (916) 558-9330
Emails: bcutter@cutterlaw.com / jparker@cutterlaw.com

Daniel B. Edelman, *pro hac vice*
Katz, Marshall & Banks LLP
1718 Connecticut Avenue NW, Suite 600
Washington, DC 20009
Telephone: (202) 299-1140
Email: edelman@kmblegal.com

Benjamin Edelman, *pro hac vice*
169 Walnut Street
Brookline, MA 02445
Telephone: (617) 359-3360
Email: ben@benedelman.org

*Class Counsel*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| I.B., by and through his Guardian ad Litem GLYNNIS BOHANNON; J.W., by and through his Guardian ad Litem STEVEN WRIGHT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. CV 12-01894 BLF<br><br>**DECLARATION OF AUDRA IBARRA, IN SUPPORT OF THE MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF COSTS AND EXPENSES, AND INCENTIVE AWARDS FOR THE REPRESENTATIVE PLAINTIFFS**<br><br>Date:   March 17, 2016<br>Time:   9:00 AM<br>Court Room 3, 5th Floor<br><br>Hon.: Beth Labson Freeman, United States District Court Judge for the Northern District of California |

I Audra Ibarra declare:

1. I am a member in good standing with the State Bar of California. I was admitted in 1995 and have been practicing for over 17 years[1].

2. I earned my B.A. in Political Science at the University of California at Berkeley, and my J.D. at New York University School of Law. My resume is attached as Exhibit A.

3. I have a solo appellate practice, Law Office of Audra Ibarra, and am also of counsel to the law firm California Appellate Law Group. I am an experienced civil and white-collar appellate attorney. I represent organizations and individuals in the Ninth Circuit Court of Appeals, the California Supreme Court and the California Courts of Appeal.

4. I have over a decade of appellate experience and have personally tried 40 jury trials. I am a former supervising Assistant United States Attorney, litigator at a large national law firm, and Deputy District Attorney. I have received national recognition and awards for my cases, including complex civil and white-collar cases, with issues involving attorney fees, class actions, commercial disputes, product liability, civil rights, employment law, real estate, family law, financial elder abuse, personal injury, agency enforcement, political corruption, fraud, money laundering, embezzlement, fraudulent financial reporting, tax evasion, asset forfeiture, Internet crimes, counterfeiting, theft and organized crime.

5. I regularly publish articles and provide training on appellate law. I was selected as a "Super Lawyer" in appellate practice and one of the "Top 50 Women" lawyers in Northern California.

6. I serve on the Appellate Courts Committee of the State Bar of California and the Executive Committee of the Appellate Section of the San Francisco Bar Association.

---

[1] I took a couple years off to start a family.

1

I am also the Chair of the Amicus Committee of California Women Lawyers and the Co-Chair of the Appellate Courts Committee of the Santa Clara County Bar Association.

7. My current hourly rate for non-contingency legal work is $525.00.

8. In March of 2015, class counsel asked me to consult on respondents' answer to Facebook's petition in the Ninth Circuit for permission to appeal class certification in this case. I consulted and eventually when requested by class counsel, associated in as an attorney of record in the Ninth Circuit. Among other things, I assisted in writing and editing "Respondents Answer to Petition for Permission to Appeal," and wrote, edited and filed "Respondents Opposition to Petitioner's Motion for Leave to File a Reply in Support of Its Petition for Permission to Appeal; Alternatively Respondent's Motion to File a Sur Reply," respondents' letter to the Ninth Circuit addressing Facebook's 28(j) letter; and respondents' notice errata.

9. I agreed to work on this case on a hybrid contingency fee arrangement, and have *never* received any compensation in this case in over nine months.

10. I have spent 27.0 billable hours on this case on the merits in the Ninth Circuit and on the request for fees in this court. Of those hours, approximately 23.5 were spent on merits work, and 3.5 were spent on fees work. I was conservative in estimating this number. There was time I spent working on this case, but did not count as billable, for example time spent on the notice errata.

If called as a witness, I would competently testify from personal knowledge to these facts. I declare under penalty of perjury the foregoing is true and correct. Executed this 14th day of January 2016, in Palo Alto, California.

AUDRA IBARRA

DECLARATION OF AUDRA IBARRA, IN SUPPORT OF MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF COSTS AND EXPENSES, AND INCENTIVE AWARDS
CASE NO. CV 12-01894 BLF

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2016, I caused a copy of the foregoing document to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

By: /s/John R. Parker, Jr.
John R. Parker, Jr.

3

DECLARATION OF AUDRA IBARRA, IN SUPPORT OF MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF COSTS AND EXPENSES, AND INCENTIVE AWARDS
CASE NO. CV 12-01894 BLF

# EXHIBIT A

# AUDRA IBARRA

530 Lytton Avenue, 2nd Floor, Palo Alto, CA 94301 • (t) 650.714.2270 • (f) 650.617.3201 • ai@aiappeals.com

| | | |
|---|---|---|
| **HIGHLIGHTS** | • Supervising Assistant U.S. Attorney<br>• Litigator at large national law firm<br>• National award & recognition<br>• 40 jury trials<br>• 12 years of appellate experience | • State Bar JNE Commission<br>• State Bar Committee on Appellate Courts<br>• Board of California Minority Counsel Program<br>• Board & Amicus Chair of California Women Lawyers<br>• "Top 50 Women" Super Lawyers List |

**EXPERIENCE**

**Appellate Attorney**, Fall 2010 – Current
*Law Office of Audra Ibarra, Palo Alto, CA*
- Appeals & writs in the California Supreme Court, Courts of Appeal & Ninth Circuit
- Consultation on attorney fee motions, dispositive motions & trial strategy
- Cases include: constitutional law, complex civil, class action, business, public utility, banking, intellectual property, real estate, false claims, employment, attorney fee, qui tam, probate, family law & criminal

**Counsel**, Fall 2012 – Current
*California Appellate Law Group, San Francisco, CA*
- Appeals & writs in the California Courts of Appeal & Ninth Circuit
- Consultation on attorney fee motions & dispositive motions
- Cases include: complex civil, business, water law, attorney fee, public utility, real estate, employment, insurance defense & family law

**Assistant U.S. Attorney**, Criminal Division, Fall 2001 – Fall 2006
*U.S. Attorney's Office, Northern District of California, San Francisco, CA*
- Deputy Chief of the Organized Crime Drug Enforcement Task Force
- Supervised team of 13 senior prosecutors, plus legal staff
- Trained Assistant U.S. Attorneys in courtroom presentation & case negotiation
- Ninth Circuit appeals
- Federal jury trials
- Federal grand jury investigations & wiretaps
- Cases included: political corruption, fraud, money laundering, embezzlement, fraudulent financial reporting, tax evasion, asset forfeiture, Internet crimes, counterfeiting, theft & organized crime

**Assistant U.S. Attorney**, Criminal Division, Fall 1999 – Fall 2001
*U.S. Attorney's Office, Southern District of California, San Diego, CA*
- Trained new Assistant U.S. Attorneys in courtroom presentation
- Ninth Circuit appeals
- Federal jury trials & court trials
- Federal grand jury investigations
- Cases included: international drug trafficking & assault on a federal officer

**Deputy District Attorney**, Spring 1997 – Fall 1999
*Solano County District Attorney's Office, Fairfield, CA*
- Jury trials, court trials & preliminary hearings
- Cases included: attempted murder, sexual assault, kidnapping, robbery, burglary & fraud

**Deputy District Attorney**, Summer 1996 – Fall 1996
*Santa Clara County District Attorney's Office, San Jose, CA*
- Jury trials, including assault with a deadly weapon & assault on a police officer

**Associate Attorney**, Fall 1994 – Summer 1996
*Pillsbury Madison & Sutro (now Pillsbury Winthrop Shaw Pittman), San Francisco, CA*
- Complex civil litigation & appeals
- Cases included: class action, business, product liability, civil rights, employment & real estate

**HONORS**

**Committee on Appellate Courts**, The State Bar of California, Winter 2014 – Current
**Judicial Nominees Evaluation Commission**, The State Bar of California, Spring 2011 – Spring 2014
**Board**, California Women Lawyers, Fall 2012 – Current (Executive Committee)
**Board**, California Minority Counsel Program, Spring 2013 – Current
**Ninth Circuit Panel**, Criminal Justice Act, Northern District of California, Summer 2011 – Summer 2014
**Ninth Circuit Panel**, Criminal Justice Act, Central District of California, Spring 2012 – Spring 2014
**Second District Panel**, California Appellate Project Los Angeles, Winter 2011 – Current
**Sixth District Panel**, Sixth District Appellate Program, Fall 2010 – Fall 2014
**Super Lawyers List**, Appellate Practice, Northern California, Summer 2014 – Current
**"Top 50 Women" List**, Super Lawyers, Northern California – Current


| | |
|---|---|
| **COMMUNITY SERVICE** | **Ninth Circuit Pro Bono Program**, All Districts, Spring 2013 – Current<br>**Amicus Committee Chair**, California Women Lawyers, Fall 2012 – Current<br>**Appellate Courts Committee**, Santa Clara County Bar Association, Spring 2011 – Current (Co-Chair)<br>**Executive Committee**, Appellate Practice Section, The Bar Association of San Francisco, Spring 2011 – Current<br>**Executive Committee**, Women Lawyers Section, Santa Clara County Bar Association, Fall 2012 – Current |
| **AWARDS** | **District Award**, Pacific Region Organized Crime Drug Enforcement Task Force, Summer 2005<br>**Director's Award**, Executive Office for U.S. Attorneys, Winter 2003 |
| **EDUCATION** | **New York University**, New York, NY, J.D., Spring 1994<br>**University of California**, Berkeley, CA, B.A. in Political Science, Spring 1991 |
| **PUBLICATIONS** | **"Review of Recent Cases: *Commil USA LLC v. Cisco Systems, Inc.* "**<br>*San Francisco Attorney Magazine*, The Bar Association of San Francisco, Winter 2015<br><br>**"Review of Recent Cases: *In re Hong Yen Chang*"**<br>*San Francisco Attorney Magazine*, The Bar Association of San Francisco, Summer 2015<br><br>**"Review of Recent Cases: *Warger v. Shauers*"**<br>*San Francisco Attorney Magazine*, The Bar Association of San Francisco, Spring 2015<br><br>**"Recovering Post-Judgment Attorney Fees After 'McQueen'"**<br>*The Recorder,* September 17, 2014<br><br>**"Review of Recent Cases: *Conservatorship of McQueen*"**<br>*San Francisco Attorney Magazine*, The Bar Association of San Francisco, Fall 2014<br><br>**"California Attorney Fee Orders: When to Appeal, Defend or Settle"**<br>*California Litigation,* The State Bar of California, Issue 2, 2014<br><br>**"Review of Recent Cases: *Kurwa v. Kislinger*"**<br>*San Francisco Attorney Magazine,* The Bar Association of San Francisco, Spring 2014<br><br>**"Review of Recent Cases: *Riverisland Cold Storage, Inc. v. Fresno-Madera Production Credit Association*"**<br>*San Francisco Attorney Magazine,* The Bar Association of San Francisco, Summer 2013<br><br>**"Ninth Circuit Attorney Fee Awards & *De Novo* Review"**<br>*California Litigation,* The State Bar of California, Issue 1, 2013<br><br>**"Review of Recent Cases: *Coito v. Superior Court*"**<br>*San Francisco Attorney Magazine,* The Bar Association of San Francisco, Spring 2013<br><br>**"Review of Recent Cases: *Leung v. Verdugo Hills Hospital*"**<br>*San Francisco Attorney Magazine,* The Bar Association of San Francisco, Winter 2012<br><br>**"Review of Recent Cases: Attorney Fee Shifting, What Must Be Determined, What May Be Considered and What May Be Included"**<br>*San Francisco Attorney Magazine,* The Bar Association of San Francisco, Fall 2012<br><br>**"Review of Recent Cases: Tax, Three Cases That Every Taxpayer Should Know"**<br>*San Francisco Attorney Magazine,* The Bar Association of San Francisco, Summer 2012<br><br>**"Review of Recent Cases: Private Attorney General Statute, Attorneys Get Paid When Their Work Helps More Than Just Their Clients"**<br>*San Francisco Attorney Magazine,* The Bar Association of San Francisco, Spring 2012<br>*Forum Magazine,* Consumer Attorneys of California, January/February 2013<br><br>**"Review of Recent Cases: Class Action Certification, the United States and California Supreme Courts Made It Easier to Certify Certain Class Actions"**<br>*San Francisco Attorney Magazine,* The Bar Association of San Francisco, Winter 2011<br>*Forum Magazine,* Consumer Attorneys of California, January/February 2012<br><br>**"Recent Alimony Cases: Prenups and Military Allowances Matter, But Marriage Registration and Potential Retirement May Not"**<br>*San Francisco Attorney Magazine,* The Bar Association of San Francisco, Fall 2011<br>*Family Law News,* The State Bar of California, Issue 3, 2011<br><br>**"Pending Supreme Court Cases: Four May Affect Most Litigators"**<br>*California Litigation,* The State Bar of California, Issue 2, 2011 |