C. Brooks Cutter, SBN 121407
John R. Parker, Jr., SBN 257761
CUTTER LAW, P.C.
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 290-9400
Facsimile: (916) 558-9330
Emails: bcutter@cutterlaw.com / jparker@cutterlaw.com

Daniel B. Edelman, *pro hac vice*
Katz, Marshall & Banks LLP
1718 Connecticut Avenue NW, Suite 600
Washington, DC 20009
Telephone: (202) 299-1140
Email: edelman@kmblegal.com

Benjamin Edelman, *pro hac vice*
169 Walnut Street
Brookline, MA 02445
Telephone: (617) 359-3360
Email: ben@benedelman.org

*Class Counsel*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| I.B., by and through his Guardian ad Litem GLYNNIS BOHANNON; J.W., by and through his Guardian ad Litem STEVEN WRIGHT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. CV 12-01894 BLF<br><br>**DECLARATION OF BENJAMIN EDELMAN, IN SUPPORT OF THE MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF COSTS AND EXPENSES, AND INCENTIVE AWARDS FOR THE REPRESENTATIVE PLAINTIFFS**<br><br>Date: March 17, 2016<br>Time: 9:00 AM<br>Court Room 3, 5th Floor<br><br>Hon.: Beth Labson Freeman, United States District Court Judge for the Northern District of California |

I, Benjamin Edelman, hereby declare as follows:

1. This declaration is based upon my personal knowledge.

2. I am an attorney licensed in good standing to practice law in the state of Massachusetts.

3. I have been actively engaged in the practice of law since 2008. A copy of my resume is attached hereto as Exhibit A.

4. I personally rendered legal services in this case. Based on my activities in this case and my records, I have personal knowledge of the time I spent rendering services on behalf of the plaintiffs.

5. As co-counsel, I took a lead role in certain aspects of the case, including the initial research uncovering the basis of the claim, assessment of the general legal theories, and drafting the initial Complaint. I also assisted in opposing Facebook's motions to dismiss, in drafting Amended Complaints, and in preparing plaintiffs' motion for class certification. In light of my familiarity with the institutions and practices, I participated in depositions of Facebook's designated witnesses, and I reviewed Facebook's document production. In preparation for trial, I took the lead role in evaluating expert witnesses. Throughout the course of the litigation, I have avoided duplication through coordination of efforts with co-counsel.

6. My work in this case was entirely on a contingent basis. Class counsel assumed the risk that our time and expenses might not be recovered if this litigation were not ultimately successful. Class Counsel worked efficiently and cost-effectively, avoiding duplication of labor wherever possible. As a result of this litigation, my time was allocated to this matter to the exclusion of other cases and other activities.

7. The table in Exhibit E to the Declaration of C. Brooks Cutter tabulates my time records, including the total number of hours I spent performing legal services on behalf of the plaintiffs in this case, as well as a classification into specific activities. These records are based on my contemporaneous entries into the computerized record-keeping system which I operate in the ordinary course of business. The table reflects reductions to certain time in the exercise of billing judgment.

8. Based on my knowledge and experience, the rates charged by me in this mater are the same as, or less than, I charge for non-contingent services, and are within the range of rates normally

1

DECLARATION OF BENJAMIN EDELMAN, IN SUPPORT OF MOTION FOR ATTORNEYS' FEES,
REIMBURSEMENT OF COSTS AND EXPENSES, AND INCENTIVE AWARDS
CASE NO. CV 12-01894 BLF

and customarily charged in the Boston area by attorneys of similar qualifications and experience in cases of this kind.

9. In my judgment and based on my experience, the number of hours expended and the services performed by me were reasonable, and benefited the plaintiffs in this litigation.

I declare under penalty of perjury that the foregoing facts are true and correct and that this declaration was executed this 15th day of January, 2016 in Brookline, Massachusetts.

                                                    /s/ Benjamin Edelman
                                               Benjamin Edelman

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2016, I caused a copy of the foregoing document to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

By: /s/John R. Parker, Jr.
John R. Parker, Jr.

3

DECLARATION OF BENJAMIN EDELMAN, IN SUPPORT OF MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF COSTS AND EXPENSES, AND INCENTIVE AWARDS
CASE NO. CV 12-01894 BLF

# EXHIBIT A

169 Walnut St.  **Benjamin G. Edelman**  ben@benedelman.org
Brookline, MA 02445  (617) 359-3360

## Experience

Associate professor, Harvard Business School.  Negotiations, Organizations & Markets unit.  (July 2012 – present)
Assistant professor, Harvard Business School.  Negotiations, Organizations & Markets unit.  (April 2007 – June 2012)
　　Fields: Industrial organization, market design, information economics.
　　Research interests: Electronic markets.  Internet advertising, reputation, and fraud.  Automated data collection.
　　Teaching: Networked businesses, market design, information systems, online marketing, negotiation.

Independent consultant and expert witness  (November 1999 – present)
　　Conducted quantitative analyses and empirical testing for a variety of clients including the American Civil Liberties Union, AOL, Microsoft, National Association of Broadcasters, National Football League, New York Times, Universal Music Group, and Washington Post on topics including online advertising, advertising fraud, spyware, spam, pay-per-click advertising and click fraud, Internet filtering, geolocation and targeting, privacy, security, automated data collection, and user interface design.  Qualified as an expert in Federal court on multiple occasions, and provided oral testimony under direct and cross examination.

Student Fellow / Technology Analyst, Berkman Center for Internet & Society  (May 1998 – January 2004)
　　Conducted empirical studies of the Internet's domain name system, spyware/adware, content filtering by network intermediaries.  Developed software systems for interactive real-time communication among class/meeting participants.  Designed and operated system for webcast of and remote participation in numerous Berkman Center, Harvard Law School, and Cambridge community events as well as twelve ICANN public meetings.

## Education

Harvard Graduate School of Arts & Sciences - Ph.D., Economics, 2007.  Dissertation: "Topics in Internet Advertising."

Harvard Law School - J.D., 2005.

Harvard Graduate School of Arts & Sciences - A.M., Statistics, 2002.

Harvard College - A.B., Economics, *summa cum laude*, 2002; Phi Beta Kappa.

Woodrow Wilson Senior High School - Washington, DC: 1998; valedictorian.

## Academic Publications

Whither Uber?: Competitive Dynamics in Transportation Networks  *(Competition Policy International, forthcoming)*

Efficiencies and Regulatory Shortcuts: How Should We Regulate Companies like Airbnb and Uber?
　　*(Stanford Technology Law Review, forthcoming)*   with Damien Geradin

Price Coherence and Excessive Intermediation  *(Quarterly Journal of Economics, 2015)*   with Julian Wright

Pricing and Efficiency in the Market for IP Addresses  *(American Economic Journal: Microeconomics, August. 2015, lead article)*   w/ Michael Schwarz

Leveraging Market Power through Tying and Bundling: Does Google Behave Anti-Competitively?  *(Journal of Competition Law & Economics, 2015)*

Bitcoin  *(Journal of Economic Perspectives, 2015)*   with Rainer Böhme, Nicolas Christin, and Tyler Moore

How to Launch Your Digital Platform  *(Harvard Business Review, April 2015)*

Social Comparisons and Deception Across Workplace Hierarchies: Field and Experimental Evidence
　　*(Organization Science, January-February 2015)*   with Ian Larkin

Risk, Information, and Incentives in Online Affiliate Marketing  *(Journal of Marketing Research, 2015, lead article)*   with Wesley Brandi

Price Restrictions in Multi-sided Platforms: Practices and Responses  *(Competition Policy International, Autumn 2014)*   with Julian Wright

To Groupon or Not to Groupon: The Profitability of Deep Discounts  *(Marketing Letters, forthcoming)*   with Sonia Jaffe and Scott Kominers

Accountable? The Problems and Solutions of Online Ad Optimization  *(IEEE Security & Privacy, 2014)*

Lessons: Pitfalls and Fraud in Online Advertising Metrics  *(Journal of Advertising Research, 2014)*

Mastering the Intermediaries: Strategies for Dealing with the Likes of Google, Amazon, and Travelocity  *(HBR, 2014)*

Convergence of Position Auctions under Myopic Best-Response Dynamics   *(ACM Transactions on Economics and Computation, 2014)*
   with Matthew Cory, Aparna Das, Ioannis Giotis, Kurtis Heimerl, Anna Karlin, Scott Kominers, Claire Mathieu, and Michael Schwarz

The Design of Online Advertising Markets   *(Handbook of Market Design, 2013)*

Guidance from ARIN on Legal Aspects of the Transfer of IP Numbers   *( ABA Business Law Today, 2013)*   with Stephen Ryan

Using Internet Data for Economic Research   *(Journal of Economic Perspectives, 2012)*

Earnings and Ratings at Google Answers   *(Economic Inquiry, 2012)*

Antitrust Scrutiny of Google   *(Journal of Law, 2012)*

Advertising Disclosures: Measuring Labeling Alternatives in Internet Search Engines   *(Information Economics and Policy 2012)*
   with Duncan Gilchrist

Bias in Search Results?: Diagnosis and Response   *(The Indian Journal of Law and Technology, 2012)*

Adverse Selection in Online "Trust" Certifications   *(Proceedings of ICEC 2009)*
Adverse Selection in Online "Trust" Certifications and Search Results   *(Electronic Commerce Research and Applications, 2011)*

Least-Cost Avoiders in Online Fraud and Abuse   *(IEEE Security and Privacy, 2010)*

The Pathologies of Online Display Advertising Marketplaces   *(ACM Sigecom Exchanges, 2010)*

Optimal Auction Design and Equilibrium Selection in Sponsored Search Auctions   *(American Economic Review*, 2010)
   with Michael Schwarz

Measuring the Perpetrators and Funders of Typosquatting   *(FC'10, SV LNCS)*   with Tyler Moore

How to Combat Online Ad Fraud   *(Harvard Business Review, 2009)*

The Dark Underbelly of Online Advertising   *(Harvard Business Review Online – HBR Now, 2009)*

Priced and Unpriced Online Markets   *(Journal of Economic Perspectives, 2009)*

Red Light States: Who Buys Online Adult Entertainment?   *(Journal of Economic Perspectives, 2009)*

Who Owns Metrics?: Building a Bill of Rights for Online Advertisers   *(Journal of Advertising Research*, 2009*)*

Securing Online Advertising: Rustlers and Sheriffs in the New Wild West   *(in* <u>Beautiful Security</u>, *2009)*

Running Out of Numbers: Scarcity of IPv4 Addresses and What To Do About It   *(Proceedings of AMMA, 2009)*

Deterring Online Advertising Fraud Through Optimal Payment in Arrears   *(FC'09, SV LNCS)*

Typosquatting: Unintended Adventures in Browsing   *(McAfee Security Journal, 2008)*

Internet Advertising and the Generalized Second Price Auction   *(American Economic Review*, 2007)
   with Michael Ostrovsky and Michael Schwarz

Strategic Bidder Behavior in Sponsored Search Auctions   *(Decision Support Systems*, 2007)   with Michael Ostrovsky

Greedy Bidding Strategies for Keyword Auctions   *(Proceedings of the 9th ACM Conference on Electronic Commerce, 2007)*
   with Matthew Cary, Aparna Das, Ioannis Giotis, Kurtis Heimerl, Anna Karlin, Claire Mathieu, and Michael Schwarz

Assessing and Improving the Safety of Internet Search Engines   *(in* <u>The Rising Power of Search Engines on the Internet</u>, 2006)

Empirical Analysis of Internet Filtering in China   (2002)   with Jonathan Zittrain   cyber.law.harvard.edu/filtering/china
   Published in *IEEE Internet Computing* as "Internet Filtering in China" (March-April 2003)

## Academic Working Papers and Manuscripts

Racial Discrimination in the Sharing Economy: Evidence from a Field Experiment   (2015)   with Mike Luca and Dan Svirsky

Digital Discrimination: The Case of Airbnb.com   (2014)   with Mike Luca

Design of Search Engine Services: Channel Interdependence in Search Engine Results   (2013, rev. 2014)   with Zhenyu Lai

Measuring Bias in "Organic" Web Search   (2011)   with Ben Lockwood   benedelman.org/searchbias

Competing Ad Auctions: Multi-homing and Participation  Costs   (2010)   with Itai Ashlagi and Hoan Soo Lee

CPC/CPA Hybrid Bidding in a Second Price Auction   (2008)   with Hoan Soo Lee

2

The Effect of Editorial Discretion Book Promotion on Sales at Amazon.com  (2001-2002)  benedelman.org/pubs/thesis-intro.pdf
  Seymour and Ruth Harris Prize for Best Thesis in Economics, Thomas Temple Hoopes Prize for Undergraduate Research

## Teaching Cases and Notes

Mission Impossible? Yummy77 Delivers Groceries within the Hour  (HBS Case 916025)  (2015)

Resuscitating Monitter  (HBS Case 915027)  (2015)  with Wei Sun

Market Design in Online Businesses (Abridged)  (HBS Module Note 915016)  (2014)  with Peter Coles

Google Inc. in 2014 and Google Inc.in 2014 (Abridged)   (HBS Cases 914004, -05, TN and supp.) (2014)  with T. Eisenmann

Pivots and Incentives at LevelUp  (HBS Case 915001 and TN)  (2014)  with Karen Webster

Optimization and Expansion at OpenTable  (HBS Case 915003, TN, and slide supplement)  (2014)  with Karen Webster

Reinventing Retail: ShopRunner's Network Bet  (HBS Case 915002)  (2014)  with Karen Webster

The Market Power of Platform-Mediated Networks   (HBS Technical Note 914029)   (2014)

Mobilizing an Online Business  (HBS Case 913061, TN, and slide supplement)  (2013)  with Peter Coles

SaferTaxi: Connecting Taxis and Passengers in South America   (HBS Case 913041)  (2013)  with Peter Coles

Pricing and Partnership at Zillow, Inc. (HBS Case 913021 and TN)  (2012)   with Peter Coles

Airbnb (A) and (B)   (HBS Case 912019, -20, and TN)  (2011)    with Michael Luca

Attack of the Clones: Birchbox Defends Against Copycat Competitors   (HBS Case 912010)  (2011)   with Peter Coles

The Online Economy: Strategy and Entrepreneurship - Course Architecture Note (HBS Note 911069) (2011) with Peter Coles

Mobilizing Online Businesses   (HBS Module Note 911048)  (2011)   with Peter Coles

Online Marketing at Big Skinny   (HBS Case 911033, TN, and slide supplement)  (2011)   with Scott Kominers

The iPhone at IVK (TN)   (HBS Teaching Note 911414)  (2010)

Akamai, Inc.   (HBS Case 804158)  (2010)    with Thomas Eisenmann and Eric Van den Steen

Google Inc. and Google Inc. (Abridged)   (HBS Case 910036, -32, and TN)  (2010)  with Thomas Eisenmann

Personal Rapid Transport at Vectus, Inc.   (HBS Case 910010 and TN)  (2010)

eBay Partner Network (A)-(D)   (HBS Cases 910008, -09, -12, 914016, TN, and slide supplement) (2009-13)  with Ian Larkin

Symbian, Google & Apple in the Mobile Space (A) and (B)   (HBS Case 909055 and -56)  (2009)   with F. Suarez & A. Srinivasan

Distribution at American Airlines  (A)-(D)   (HBS Case 909035, 909036, 913034, 913035, TN, and slide supp.) (2009-13)

Windows Vista   (HBS Case 909038)  (2009)

Online Restaurant Promotions   (HBS Case 909034 and TN)  (2009)

Ad Classification at Right Media   (HBS Case 909032, TN, and slide supplements)  (2009)

Consumer Payment Systems – United States   (HBS Case 909006 and TN)  (2009)  with Andrei Hagiu

Consumer Payment Systems – Japan   (HBS Case 909007 and TN)  (2009)  with Andrei Hagiu

TheLadders (A)-(C)  (HBS Cases 908061, 914017, 916017, and TN)  (2008, 2013, 2015)
    (A) with Peter Coles, Brian Hall, and Nicole Bennett

Opening Dot EU (A) and (B)   (HBS Case 908052 and -53)  (2008)

Microsoft adCenter   (HBS Case 908049 and TN)  (2008)  with Peter Coles

## Online and Other Publications

Price Coherence in Online Platforms—Impact and Responses  (2015)  *for the House of Lords Inquiry into Online Platforms and the EU
    Digital Single Market*   with Julian Wright

3

The Online Ad Scams Every Marketer Should Watch Out For  (2015)  *HBR Online*

Beyond the FTC Memorandum: Comparing Google's Internal Discussions with Its Public Claims  (2015)
    benedelman.org/news/040115-1.html

A Closer Look at IronSource Installation Tactics  (2015)   benedelman.org/news/021815-1.html

Digital Business Models Should Have to Follow the Law, Too  (2015)  *HBR Online*

Google's Advertising Labels in 2014  (2014)   benedelman.org/adlabeling/google-colors-oct2014.html

Amazon Is Not Invisible  (2014)  *HBR Online*

Aspira Networks Charging Merchants for Traffic That's Otherwise Free   (2014)    benedelman.org/news/052714-1.html

Consumers Pay More when they Pay with Bitcoin  (2014)  Pymnts.com

Blinkx Adware Revisited: Installation and Operation  (2014)   benedelman.org/news/040914-1.html

Secret Ties in Google's "Open" Android  (2014)   benedelman.org/news/021314-1.html

The Darker Side of Blinkx  (2014)   benedelman.org/news/012814-1.html

The Ad Networks and Advertisers that Fund Ad Injectors   (2013)    benedelman.org/injectors    with Wesley Brandi

Comments in AT.39740  (2013)     benedelman.org/publications/comment-edelman-lai-to-dgcomp-28may2013.pdf     with Zhenyu Lai

Comments in AT.39740  (2013)     benedelman.org/publications/comment-edelman-to-dgcomp-28may2013.pdf

Privacy Puzzles at Google Play   (2013)   benedelman.org/news/021913-1.html

Misrepresentation of Fuel Surcharges in Airline Price Advertising  (2013)   benedelman.org/airfare-advertising    with Xiaoxiao Wu

IAC Toolbars and Traffic Arbitrage in 2013  (2013)    benedelman.org/news/012213-1.html

The Right Remedies for Google's AdWords API Restrictions  (2013)     benedelman.org/news/010713-1.html

Internet Protocol Numbers and the American Registry for Internet Numbers: Suggested Guidance for Bankruptcy Trustees, Debtors-in-Possession, and Receivers.   *BNA's Bankruptcy Law Reporter , 2012*     with Steven Ryan and Matthew Martel

Twenty Oft-found Commission Junction and LinkShare Affiliate Violations (2012)  benedelman.org/affiliate-top10   with Wesley Brandi

Affiliate Fraud Litigation Index  (2012)     benedelman.org/affiliate-litigation

Towards Efficiencies in Canadian Internet Traffic Exchange   *Canadian Internet Registration Authority 2012*    with Bill Woodcock

Flash-Based Cookie-Stuffer Using Google AdSense to Claim Unearned Affiliate Commissions from Amazon   (2012)
    benedelman.org/news/050712-1.html    with Wesley Brandi

Search My Logs of Affiliate Fraud and Affiliate Fraud Information Lookup  (2012)   with Wesley Brandi

Hack-Based Cookie-Stuffing by Bannertracker-script  (2012)   benedelman.org/news/022712-1.html    with Wesley Brandi

Large-Scale Cookie-Stuffing at Eshop600.co.uk  (2012)   benedelman.org/news/013012-1.html    with Wesley Brandi

Advertising Disclosures in Online Apartment Search  (2012)   benedelman.org/adlabeling/apartmentsearch    with Paul Kominers

Google Tying Google Plus and Many More  (2012)    benedelman.org/news/011212-1.html

To Groupon or Not To Groupon: New Research on Voucher Profitability  (2011)  *HBR Online*

Revisiting Search Bias at Google   (2011)    benedelman.org/news/111111-1.html

Understanding the Purposes – and Weaknesses – of Online-to-Offline Discounting       Pymnts.com     (2011)

Towards Improvement in Singapore's Transportation Efficiency and Environmental Impact   (2011)
    submission to the National Climate Change Secretariat of Singapore

Google's Dominance – And What To Do About It    and   Finding and Preventing Biased Results   (2011)
    American Constitution Society for Law and Policy – Blog Debate

Advertisers' Missing Perspective in the Google Antitrust Hearing   (2011)   benedelman.org/news/092011-1.html

Implications of Google's Pharmacy Debacle   (2011)    benedelman.org/news/082611-1.html   and republished at Betanews

4

Online Discount Vouchers – Letter-Writing Tool   (2011)   vouchercomplaints.org   with Paul Kominers and Xiaoxiao Wu

Consumer Protection in Online Discount Voucher Sales   (2011)   benedelman.org/voucher-consumer-protection   with Paul Kominers

Revisiting Unlawful Advertisements at Google   (2011)   benedelman.org/news/051811-1.html   and excerpted at Huffington Post

Personal Rapid Transport - Environmental Issues for Earth Day   (2011)   hbs.edu/news/releases/earthday042011.html

Remedies for Search Bias   (2011)   benedelman.org/news/022211-1.html

In Accusing Microsoft, Google Doth Protest Too Much   (2011)   *HBR Online*

Knowing Certain Trademark Ads Were Confusing, Google Sold Them Anyway -- for $100+ Million   (2010)
   benedelman.org/news/113010-1.html

Advertisers Should Raise Their Voices Against Arrogant Google   (2010)   *mUmBRELLA*

Hard-Coding Bias in Google 'Algorithmic' Search Results   (2010)   benedelman.org/hardcoding

A Closer Look at Google's Advertisement Labels   (2010)   benedelman.org/adlabeling/google-nov2010.html

On Facebook and Privacy   (2010)   www.hbs.edu/news/releases/facultyonfacebookprivacy.html

Tying Google Affiliate Network   (2010)   benedelman.org/news/092810-1.html

Facebook Leaks Usernames, User IDs, and Personal Details to Advertisers   (2010)   benedelman.org/news/052010-1.html

Sony's Crackle: Invisible Traffic Galore   (2010)   benedelman.org/news/042710-1.html

Protecting Privacy by Design   (2010)   *McAfee AVERT Blog*

Google's Privacy Breach: Lessons for Companies   (2010)   *Harvard Business Review Online – HBR Now*

Google Toolbar Tracks Browsing Even After Users Choose "Disable"   (2010)   benedelman.org/news/012610-1.html

Upromise Savings -- At What Cost?   (2010)   benedelman.org/news/012110-1.html

Google Click Fraud Inflates Conversion Rates & Tricks Advertisers into Overpaying   (2010)   benedelman.org/news/011210-1.html

Google Still Charging Advertisers for Conversion-Inflation Traffic   (2010)   benedelman.org/news/010510-1.html

Fraud in Online Advertising   (2009)   *The Business Standard (India)*

Towards a Bill of Rights for Online Advertisers   (2009)   benedelman.org/advertisersrights
   (excerpted in Advertising Week Welcome Guide, excerpted in Huffington Post)

Payment Card Network Rules Prohibit Aggressive Post-Transaction Tactics   (2009)   benedelman.org/posttransaction/cardnetworks

Deception in Post-Transaction Marketing Offers   (2009)   benedelman.org/posttransaction   (including Senate testimony)

How Google and Its Partners Inflate Measured Conversion Rates and Increase Advertisers' Costs   (2009)
   benedelman.org/news/051309-1.html

In Support of Utah's HB450   (2009)   benedelman.org/news/030909-1.html

False and Deceptive Display Ads at Yahoo's Right Media   (2009)   benedelman.org/rightmedia-deception

Privacy Lapse at Google JotSpot   (2008)   benedelman.org/google-jot-privacy

Hydra Media's Pop-Up Problem -- Ten Examples   (2008)   benedelman.org/news/101408-1.html

CPA Advertising Fraud: Forced Clicks and Invisible Windows   (2008)   benedelman.org/news/100708-1.html

Auditing Spyware Advertising Fraud: Wasted Spending at VistaPrint   (2008)   benedelman.org/news/093008-1.html

PPC Platform Competition and Google's "May Not Copy" Restriction   (2008)   benedelman.org/news/062708-1.html

Debunking Zango's "Content Economy"   (2008)   benedelman.org/news/052808-1.html

Coupons.com and TRUSTe: Lots of Talk, Too Little Action   (2008)   benedelman.org/news/031808-1.html

Delaying Payment to Deter Online Advertising Fraud   (2008)   benedelman.org/paymentdelay

Critiquing C-NetMedia's Anti-Spyware Offerings and Advertising Practices   (2008)   benedelman.org/news/021408-1.html

<2
<2
<2
<2
<2
<2

<2
<2
<2

<2
<2

<2

<2

<2

<2

<2

<2

<2

<2

<2

<2

<2

<2

<2

<2

<2

<2

<2

<2

<2

<2

<2

<2

<2

<2

<2

<2

<2

<2

<2

<2

<2

<2

<2

<2

<2

<2

<2

<2

<2

<2

<2

<2

<2
<2
<2
<2
<2
<2
<2
<2
<2
<2

<2
<2
<2
<2
<2
<2
<2
<2
<2
<2
<2
<2
<2
<2
<2
<2
<2
<2
<2
<2

Sears Exposes Customer Purchase History in Violation of Its Privacy Policy  (2008)  benedelman.org/news/010408-1.html

The Sears "Community" Installation of ComScore  (2008)  benedelman.org/news/010108-1.html

A Closer Look at Coupons.com  (2007)  benedelman.org/news/082807-1.html

Spyware Still Cheating Merchants and Legitimate Affiliates  (2007)  benedelman.org/news/052107-1.html

How Spyware-Driven Forced Visits Inflate Web Site Traffic Counts  (2007)  benedelman.org/news/050707-1.html

Advertising Through Spyware -- After Promising To Stop  (2007)  benedelman.org/news/031407-1.html

Why I Can Never Agree with Adware and Spyware  (2007)  technology.guardian.co.uk/online/insideit/story/0,,1997629,00.html

Bad Practices Continue at Zango  (2006)  with Eric Howes   benedelman.org/news/112006-1.html

Intermix Revisited  (2006)  benedelman.org/news/110806-1.html

Current Ask Toolbar Practices  (2006)  benedelman.org/spyware/ask-toolbars

False and Deceptive Pay-Per-Click Ads  (2006)  benedelman.org/ppc-scams

Cookies Detected by Anti-Spyware Programs: The Current Status  (2006)  www.vinnylingham.com/specialreports/cookiedetections

How Vonage Funds Spyware  (2006)  benedelman.org/news/071806-1.html

Spyware Showing Unrequested Sexually-Explicit Images  (2006)  benedelman.org/news/062206-1.html

Banner Farms in the Crosshairs  (2006)  benedelman.org/news/061206-1.html

The Safety of Internet Search Engines  (2006)  siteadvisor.com/studies/search_safety_may2006   with Hannah Rosenbaum

New York v. Direct Revenue, LLC - Documents and Analysis  (2006)  benedelman.org/spyware/nyag-dr

The Spyware - Click-Fraud Connection - and Yahoo's Role Revisited  (2006)  benedelman.org/news/040406-1.html

Advertisers Funding Direct Revenue  (2006)  benedelman.org/spyware/images/dr-mar06

Critiquing ITSA's Pro-Adware Policy  (2006)  benedelman.org/news/033106-2.html

Advertisers Funding 180solutions  (2006)  benedelman.org/spyware/images/180-jan06

Nonconsensual 180 Installations Continue  (2006)  benedelman.org/news/022006-1.html

Pushing Spyware through Search  (2006)  benedelman.org/news/012606-1.html

Affiliate Hall of Shame  (2006)  benedelman.org/news/011606-1.html

180solutions's Misleading Installation Methods - Dollidol.com  (2006)  benedelman.org/spyware/installations/dollidol-180

Scanning for Solutions  (2005)  publications.mediapost.com/index.cfm?fuseaction=Articles.san&s=37284

What Claria Doesn't Disclose (Any More)  (2005)  benedelman.org/news/111505-1.html

Claria Shows Ads Through Exploit-Delivered Popups  (2005)  benedelman.org/news/101805-1.html

Video: New.net Installed through Security Holes  (2005)  benedelman.org/news/100505-1.html

How Affiliate Programs Fund Spyware  (2005)  benedelman.org/news/091405-1.html

How Expedia Funds Spyware  (2005)  benedelman.org/news/090705-1.html

How Yahoo Funds Spyware  (2005)  benedelman.org/news/083105-1.html

What Passes for "Consent" at 180solutions  (2005)  benedelman.org/news/062805-1.html

Google's Role: Syndicated Ads Shown Through Ill-Gotten Third-Party Toolbars  (2005)  benedelman.org/news/060605-1.html

Ask Jeeves Toolbar Installs via Banner Ads at Kids Sites  (2005)  benedelman.org/spyware/installations/askjeeves-banner

Hotbar Installs via Banner Ads at Kids Sites  (2005)  benedelman.org/spyware/installations/kidzpage-hotbar

The 180 Turnaround That Wasn't  (2005)  adbumb.com/adbumb159.html

The PacerD Installation Bundle  (2005)  benedelman.org/spyware/installations/pacerd

6

Claria's Misleading Installation Methods - Ezone.com  (2005)  benedelman.org/spyware/installations/ezone-claria

Claria's Misleading Installation Methods - Dope Wars  (2005)  benedelman.org/spyware/installations/dopewars-claria

180solutions's Misleading Installation Methods - Ezone.com  (2005)  benedelman.org/spyware/installations/ezone-180

3D Desktop's Misleading Installation Methods  (2005)  benedelman.org/spyware/installations/3d-screensaver

Comparison of Unwanted Software Installed by P2P Programs  (2005)  benedelman.org/spyware/p2p

Advertisers Supporting eXact Advertising  (2005)  benedelman.org/spyware/exact-advertisers

How Google's Blogspot Helps Spread Unwanted Software  (2005)  benedelman.org/news/022205-1.html

How VeriSign Could Stop Drive-By Downloads  (2005)  benedelman.org/news/020305-1.html

Intermediaries' Role in the Spyware Mess  (2005)  benedelman.org/news/052305-1.html

Media Files that Spread Spyware  (2005)  benedelman.org/news/010205-1.html

Video: Ebates Installed through Security Holes  (2004)  benedelman.org/news/121504-1.html

Direct Revenue Deletes Competitors from Users' Disks  (2004)  benedelman.org/news/120704-1.html

Who Profits from Security Holes?  (2004)  benedelman.org/news/111804-1.html

Gator's EULA Gone Bad  (2004)  benedelman.org/news/112904-1.html

Grokster and Claria Take Licenses to New Lows, and Congress Lets Them Do It  (2004)  benedelman.org/news/100904-1.html

California's Toothless Spyware Law  (2004)  benedelman.org/news/092904-1.html

The Effect of 180solutions on Affiliate Commissions and Merchants  (2004)  benedelman.org/spyware/180-affiliates

WhenU Spams Google, Breaks Google "No Cloaking" Rules  (2004)  benedelman.org/spyware/whenu-spam

WhenU Copies 26+ Articles from 20+ News Sites  (2004)  benedelman.org/spyware/whenu-copy

Advertisers Using WhenU  (2004)  benedelman.org/spyware/whenu-advertisers

WhenU Security Hole Allows Execution of Arbitrary Software  (2004)  benedelman.org/spyware/whenu-security

WhenU Violates Own Privacy Policy  (2004)  benedelman.org/spyware/whenu-privacy

Methods and Effects of Spyware (FTC Comments)  (2004)  benedelman.org/spyware/ftc-031904.pdf

A Close Reading of Utah's Spyware Control Act  (2004)  benedelman.org/spyware/utah-mar04

Blocked Sites will Return, but with Limited Access  (2003)  South China Morning Post (op-ed)

Web Sites Sharing IP Addresses: Prevalence and Significance  (2003)  cyber.law.harvard.edu/people/edelman/ip-sharing

Documentation of Gator Advertisements and Targeting  (2003)  cyber.law.harvard.edu/people/edelman/ads/gator

Empirical Analysis of Google SafeSearch  (2003)  cyber.law.harvard.edu/people/edelman/google-safesearch

Large-Scale Registration of Domains with Typographical Errors  (2003)  cyber.law.harvard.edu/people/edelman/typo-domains

Technical Responses to Unilateral Internet Authority: The Deployment of VeriSign "Site Finder" and ISP Response  (2003)  with Jonathan Zittrain  cyber.law.harvard.edu/tlds/sitefinder

Compliance with UDRP Decisions: A Case Study of Joker.com  (2003)  cyber.law.harvard.edu/people/edelman/udrp-compliance

Domain Name Typosquatter Still Generating Millions  (2003)  circleid.com/article/101_0_1_0_C

Localized Google Search Result Exclusions  (2002-2003)  with Jonathan Zittrain  cyber.law.harvard.edu/filtering/google

When the Net Goes Dark and Silent  (2002)  South China Morning Post (op-ed)

Defensive Registrations: Why They're Still Needed, and How to Make Them Earn Their Keep  (2002)
    Verisign Digital Brand Management Digital Branding Bulletin, www.verisign.com/services/cdns/news/columnist_200212.html

Documentation of Internet Filtering in Saudi Arabia  (2002)  with Jonathan Zittrain  cyber.law.harvard.edu/filtering/saudiarabia

Localized Google Search Result Exclusions  (2002)  wth Jonathan Zittrain  cyber.law.harvard.edu/filtering/filtering/google

7

Analysis of Domain Reregistrations Used for Distribution of Sexually-Explicit Content  (2002)
   cyber.law.harvard.edu/people/edelman/renewals

Large-Scale Intentional Invalid WHOIS Data  (2002) cyber.law.harvard.edu/people/edelman/invalid-whois

.NAME Registrations Not Conforming to .NAME Registration Restrictions  (2002)
   cyber.law.harvard.edu/people/edelman/name-restrictions

Alternative Perspectives on Registrar Market Share  (2002) cyber.law.harvard.edu/people/edelman/registrar-choice

DNS as a Search Engine: A Quantitative Evaluation  (2002) cyber.law.harvard.edu/people/edelman/dns-as-search

Disputed Registrations in .BIZ  (2002) cyber.law.harvard.edu/people/edelman/biz-sunrise

TLD Registration Enforcement: A Call for Automation  (2002) circleid.com/article/66_0_1_0_C    circleid.com/article/72_0_1_0_C

Invalid WHOIS Data: Who Is Responsible?  (2002) circleid.com/article/79_0_1_0_C

iCravetv.biz/Entervision Retransmits CNN, Cartoon Network, PAX TV, California NBC Affiliate  (2002)
   cyber.law.harvard.edu/people/edelman/icrave

Analysis of Registrations in Alternative Root TLDs  (2001) cyber.law.harvard.edu/people/edelman/dotbiz   and   /people/edelman/dotweb

Documentation of Privacy and Security Shortcomings at Buy.com  (2000) cyber.law.harvard.edu/people/edelman/buy-privacy.html

Understanding and Critiquing ICANN's Policy Agenda  (2000) cyber.law.harvard.edu/icann/pressingissues2000/briefingbook

Software Environments for Online Deliberative Discourse  (1999-2000) cyber.law.harvard.edu/projects/deliberation

Executive Summaries of Formative ICANN Documents  (1999)
   cyber.law.harvard.edu/pressbriefings/icann/briefingbook/executivesummaries.html

ICANN and the Public Interest: Pressing Issues  (1999) cyber.law.harvard.edu/icann/workshops/la/briefingbook

Using Trumpet Winsock on Netcom Netcruiser Accounts  (1995) cyber.law.harvard.edu/people/edelman/trumpet.html

## Programming Experience

| | | |
|---|---|---|
| Microsoft Visual Basic (15+ years experience), VB.NET | Mathworks MatLab | Stata |
| SPlus / R | Python | PHP |

## Awards

Ehud Kalai Prize in Game Theory and Computer Science  (2013)
   ("best paper at the interface of game theory and computer science in the last decade")

Marvin Bower Fellow (2013-2014)

Emerald Citations of Excellence Award  (2011)

ECCH Award for Outstanding Contribution to the Case Method – Strategy and General Management  (2011)

Best Paper Award, Honorable Mention – The 11th International Conference on Electronic Commerce  (2009)

Harvard University Graduate Economics Fellowship  (2003-2006)

John M. Olin Fellowship in Law and Economics  (2003-2004, 2004-2005)

Hoopes Prize for Undergraduate Research  (2002)

Seymour and Ruth Harris Prize for Best Honors Thesis in Economics  (2002)

John Harvard Scholarship, Harvard College  (1998-1999, 1999-2000, 2000-2001)

Rank I Honors, Harvard College  (1998-1999, 1999-2000, 2000-2001)

Phi Beta Kappa, Harvard College  (2001)

Undergraduate Honors Research Scholarship, Department of Economics, Harvard College  (2001)

Detur Prize, Harvard College  (1999)

## Congressional and Expert Testimony

US Senate, Commerce Committee  (2009)  (statement for the record)

US House of Representatives, Committee on the Judiciary  (2008)  (invited / hearing cancelled)

US Senate, Committee on Commerce, Science, and Transportation  (2008)

Federal Trade Commission Public Hearing on Effectiveness of CAN-SPAM  (2005)

District Court, Third Judicial District of Utah  (2004)

US Federal Court, Eastern District of Michigan  (2003)

US House of Representatives, Committee on the Judiciary  (2003)

US Federal Court, Eastern District of Pennsylvania  (2002)

US Federal Court, Western District of Pennsylvania  (2000)

## Academic Service

Associate Editor: Journal of Economic Perspectives (2008-2014)

Referee: American Economic Review, Quarterly Journal of Economics, Journal of Political Economy, Journal of Applied Economics, RAND Journal of Economics, Management Science, Journal of Economics & Management Strategy, Sponsored Search Workshop, Workshop on the Economics of Information Security, Workshop on the Economics of Securing the Information Infrastructure, Manufacturing & Services Operations Management, The International Conference on Electronic Commerce (2009), International Review of Law and Economics, Journal of Industrial Economics, Operations Research, Berkeley Electronic Press – Policy & Internet, Review of Economic Studies, Economics Letters, Management Science, Review of Industrial Organization, Telecommunications Policy, Emerald Program, National Science Foundation, Manufacturing and Service Operations Management, Journal of Marketing Research, Journal of Empirical Legal Studies, International Journal of Industrial Organization, Journal of Law and Economics

Program committee: Workshop on the Economics of Securing the Information Infrastructure (2006), Sponsored Search Workshop (2007), WWW2008, Fourth Workshop on Ad Auctions (2008), The First Conference on Auctions, Market Mechanisms and Their Applications (2009), ACM Conference on Electronic Commerce (2010), Workshop on the Economics of Information Security (2010, 2011, 2012, 2013, 2014, 2015), Seventh Workshop on Ad Auctions (2011), The Second Conference on Auctions, Market Mechanisms and Their Applications (2011), WWW2012, Anti-Phishing eCrime Researchers Summit (2012, 2013), Ninth Workshop on Ad Auctions (2013), Workshop on Bitcoin Research (2014), Tenth Workshop on Ad Auctions (2014), Bitcoin'15 (2015)

Scientific committee: Conference on Advanced Research Methods and Analytics (2016)

Senior program committee: ACM Conference on Economics and Computation (2014)

Co-organizer: Sixth Workshop on Ad Auctions (2010)

Faculty mentor, President's Challenge – Harvard Innovation Lab (2013)

Non-resident tutor / senior common room member: Cabot House (2004-2014)