C. Brooks Cutter, SBN 121407
John R. Parker, Jr., SBN 257761
CUTTER LAW, P.C.
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 290-9400
Facsimile: (916) 558-9330
Emails: bcutter@cutterlaw.com / jparker@cutterlaw.com

Daniel B. Edelman
Katz, Marshall & Banks LLP
1718 Connecticut Avenue NW, Suite 600
Washington, DC 20009
Telephone: (202) 299-1140
Email: edelman@kmblegal.com

Benjamin Edelman
169 Walnut Street
Brookline, MA 02445
Telephone: (617) 359-3360
Email: ben@benedelman.org

*Class Counsel*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| I.B., by and through his Guardian ad Litem GLYNNIS BOHANNON; J.W., by and through his Guardian ad Litem STEVEN WRIGHT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant | Case No. CV 12-01894 BLF<br><br>**DECLARATION OF GLYNNIS BOHANNON, IN SUPPORT OF MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARDS FOR REPRESENTATIVE PLAINTIFFS**<br><br>Date:   March 17, 2016<br>Time:  9:00 AM<br>Courtroom 3, 5th Floor:<br><br>Hon. Beth Labson Freeman, United States District Court Judge for the Northern District of California |

DECLARATION OF GLYNNIS BOHANNON, IN SUPPORT OF MOTION FOR ATTORNEYS' FEES,
REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARDS
CASE NO. CV 12-01894 BLF

I, Glynnis Bohannon, hereby declare as follows:

1. I was a Plaintiff in the above-entitled action and am the mother of I.B., a named plaintiff in this action.

2. I allowed my twelve year old son to use my credit card to purchase Facebook Credits for use in a game called "Ninja Saga." I did not realize that Facebook would store my credit card information in its systems. As a result, a series of additional purchases in the game were made on my card without my authorization.

3. Both before and after this case was filed, I have spent numerous days discussing the details of this case with my son and our lawyers.

4. Over the last three to four years, I have responded to multiple sets of written questions from Facebook's lawyers, conferring with my lawyers as necessary.

5. During this case, I have had to assist with Facebook's requests for production of documents on several occasions.

6. Since initiating this action, I have made several declarations in connection with the case, explaining my experiences and my understanding of this case.

7. On August 6, 2014, I had to travel to Palo Alto, California, to take part in a deposition.

8. Although I am no longer a named Plaintiff in this action, I have continued to assist with its prosecution and have aided my son in being a part of it.

9. I have worked with I.B. in his extensive participation in this litigation. I believe he has taken his role as a named Plaintiff and the responsibilities that come with it very seriously.

10. I have taken my responsibility as J.W.'s guardian ad litem seriously, and have worked to protect my son's interest and to help him protect the interests of the Class.

11. I believe the Settlement Agreement constitutes an extremely successful outcome based on my reasoning for initiating this suit.

1

DECLARATION OF GLYNNIS BOHANNON, IN SUPPORT OF MOTION FOR ATTORNEYS' FEES,
REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARDS
CASE NO. CV 12-01894 BLF

I declare under penalty of perjury that the foregoing facts are true and correct and that this declaration was executed this 14 day of January 2016 in Phoenix, Arizona

*/s/ Glynnis Bohannon*

Glynnis Bohannon

DECLARATION OF GLYNNIS BOHANNON, IN SUPPORT OF MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARDS
CASE NO. CV 12-01894 BLF

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2016, I caused a copy of the foregoing document to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

By: /s/John R. Parker, Jr.

John R. Parker, Jr.

3

DECLARATION OFGLYNNIS BOHANNON, IN SUPPORT OF MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF COSTS AND EXPENSES, AND INCENTIVE AWARDS
CASE NO. CV 12-01894 BLF