1  C. Brooks Cutter, SBN 121407
2  John R. Parker, Jr., SBN 257761
   CUTTER LAW, P.C.
3  401 Watt Avenue
4  Sacramento, CA 95864
   Telephone: (916) 290-9400
5  Facsimile: (916) 558-9330
   Emails: bcutter@cutterlaw.com / jparker@cutterlaw.com
6

7  Daniel B. Edelman
   Katz, Marshall & Banks LLP
8  1718 Connecticut Avenue NW, Suite 600
   Washington, DC 20009
9  Telephone: (202) 299-1140
10 Email: edelman@kmblegal.com

11 Benjamin Edelman
   169 Walnut Street
12 Brookline, MA 02445
13 Telephone: (617) 359-3360
   Email: ben@benedelman.org
14

15 Attorneys for Plaintiffs

16
                          **UNITED STATES DISTRICT COURT**
17
                         **NORTHERN DISTRICT OF CALIFORNIA**
18
                                   **SAN JOSE DIVISION**
19

20 | I.B., by and through his Guardian ad Litem GLYNNIS BOHANNON; J.W., by and through his Guardian ad Litem STEVEN WRIGHT, individually and on behalf of all others similarly situated, | Case No. CV 12-01894 BLF |
| --- | --- |
| | **DECLARATION OF I.B., IN SUPPORT OF MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARDS FOR REPRESENTATIVE PLAINTIFFS** |
| Plaintiffs, | |
| v. | Date:   March 17, 2016
Time:   9:00 AM
Dept.: |
| FACEBOOK, INC., | |
| Defendant | Hon. Beth Labson Freeman, United States District Court Judge for the Northern District of California. |

I, I.B., hereby declare as follows:

1. I am a Plaintiff in the above-entitled action.

2. I created a Facebook account on July 11, 2011. I was twelve years old at the time. In October 2011, I asked my mother for permission to spend $20 on my Facebook account using her credit card. I purchased Facebook Credits for use in a game called "Ninja Saga." Without realizing that Facebook stored my mother's credit card information in its systems, I made a series of additional purchases in the game that I believed were being made with virtual money.

3. Both before and after this case was filed, I spent at least 10 days discussing the details of this case with my mother and our lawyers.

4. Over the last three to four years, I have responded to two sets of written questions from Facebook's lawyers, conferring with my lawyers and parents as necessary.

5. During this case, I have had to assist with Facebook's requests for production of documents on several occasions.

6. Since initiating this action, I have made several declarations in connection with the case, explaining my experiences, my understanding of this case, and my future intentions.

7. On August 7, 2014, I had to travel to San Francisco to take part in a nearly five-hour deposition.

8. I have taken my role as a named Plaintiff and the responsibilities that come with it very seriously. I believe the Settlement Agreement constitutes an extremely successful outcome based on my reasoning for initiating this suit.

I declare under penalty of perjury that the foregoing facts are true and correct and that this declaration was executed this 14 day of January 2016 in Phoenix, Arizona

_____
I.B.

1

DECLARATION OF I.B., IN SUPPORT OF MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARDS
CASE NO. CV 12-01894 BLF

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2016, I caused a copy of the foregoing document to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

By: /s/John R. Parker, Jr.
John R. Parker, Jr.