C. Brooks Cutter, SBN 121407
John R. Parker, Jr., SBN 257761
CUTTER LAW, P.C.
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 290-9400
Facsimile: (916) 558-9330
Emails: bcutter@cutterlaw.com / jparker@cutterlaw.com

Daniel B. Edelman
Katz, Marshall & Banks LLP
1718 Connecticut Avenue NW, Suite 600
Washington, DC 20009
Telephone: (202) 299-1140
Email: edelman@kmblegal.com

Benjamin Edelman
169 Walnut Street
Brookline, MA 02445
Telephone: (617) 359-3360
Email: ben@benedelman.org

*Class Counsel*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| I.B., by and through his Guardian ad Litem GLYNNIS BOHANNON; J.W., by and through his Guardian ad Litem STEVEN WRIGHT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant | Case No. CV 12-01894 BLF<br><br>**DECLARATION OF J.W., IN SUPPORT OF MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARDS FOR REPRESENTATIVE PLAINTIFFS**<br><br>Date:   March 17, 2016<br>Time:  9:00 A.M.<br>Courtroom 3, 5th Floor<br><br>Hon. Beth Labson Freeman, United States District Court Judge for the Northern District of California |

I, J.W., hereby declare as follows:

1. I am a Plaintiff in the above-entitled action.

2. In December 2011, I began to make a series of charges via Facebook Credits for use in games I played on Facebook. I made the purchases with a debit card I had taken from my parents without their permission. I was thirteen years old at the time.

3. Both before and after this case was filed, I spent at least 10 days discussing the details of this case with my parents and our lawyers.

4. Over the last three to four years, I have responded to two sets of written questions from Facebook's lawyers, conferring with my lawyers and parents as necessary.

5. I have also made several declarations in connection with this case, explaining my experiences, my understanding of this case, and my future intentions.

6. On July 28, 2014, I had to travel to Palo Alto for a deposition that lasted nearly six hours.

7. I have taken my role as a named Plaintiff and the responsibilities that come with it very seriously. I believe the Settlement Agreement constitutes an extremely successful outcome based on my reasoning for initiating this suit.


I declare under penalty of perjury that the foregoing facts are true and correct and that this declaration was executed this 14th day of January 2016 in San Jose, CA.

*[signature]*
J.W.

---

1

DECLARATION OF J.W., IN SUPPORT OF MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARDS
CASE NO. CV 12-01894 BLF

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2016, I caused a copy of the foregoing document to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

By: /s/John R. Parker, Jr.
John R. Parker, Jr.

2

DECLARATION OF J.W., IN SUPPORT OF MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND INCENTIVE AWARDS
CASE NO. CV 12-01894 BLF