UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GLYNNIS BOHANNON, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>FACEBOOK, INC.,<br><br>　　　　　Defendant. | Case No.  12-cv-01894-BLF<br><br>**ORDER RE: OBJECTIONS TO REPLY EVIDENCE**<br><br>[Re: ECF 150] |

Defendant objects to new evidence submitted in supplemental declarations filed with Plaintiffs' Reply in support of its Motion for an Award of Attorney's Fees. ECF 150. Defendant asks the Court to strike this material because it presents new argument and new evidence for the first time in a reply brief. In light of the relevance of this evidence for the Motion for an Award of Attorney's Fees, the Court DENIES Defendant's motion to strike this material, but GRANTS Defendant the opportunity to file a sur-reply of no more than 4 pages by March 14, 2016.

**IT IS SO ORDERED.**

Dated: March 9, 2016

　　　　　　　　　　　　　　　　　　　　／s／ Beth Labson Freeman
　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　United States District Judge