# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| GLYNNIS BOHANNON, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>FACEBOOK, INC.,<br>　　　　Defendant. | Case No. 12-cv-01894-BLF<br><br>**ORDER RE REVISED CLASS ACTION SETTLEMENT AGREEMENT**<br><br>[Re: ECF 157] |

At the hearing on the parties' motion for settlement approval, the Court expressed several concerns with the submitted draft. *See* Hearing Transcr. at 3-17, ECF 158. Following the hearing, the parties submitted a revised version for approval. ECF 157. The Revised Agreement addresses all but one of the Court's concerns—whether or not a minor's compromise is necessary prior to resolution of this case.

Accordingly, the Court ORDERS Plaintiffs to advise the Court of whether or not a minor's compromise is required for the release of the named minor Plaintiffs' rights. Plaintiffs shall submit a response of no more than 3 pages explaining why such a compromise is or is not required by no later than **May 26, 2016**.

**IT IS SO ORDERED.**

Dated: May 23, 2016

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　United States District Judge