United States District Court
Northern District of California

1

2

3          **UNITED STATES DISTRICT COURT**

4          **NORTHERN DISTRICT OF CALIFORNIA**

5          **SAN JOSE DIVISION**

6

7    GLYNNIS BOHANNON, et al.,                      Case No.  12-cv-01894-BLF

              Plaintiffs,

8                                                   **ORDER RE CLARIFICATION OF**
                                                    **ORDER GRANTING AS MODIFIED**
9          v.                                       **MOTION FOR FEES, COSTS, AND**
                                                    **EXPENSES**
10   FACEBOOK, INC.,

              Defendant.                            [Re:  ECF 164]
11

12

13        Plaintiffs filed a letter alerting the Court to several clerical errors in the Order Granting As

14   Modified Motion for Fees, Costs, and Expenses. ECF 164. The letter also appears to seek

15   reconsideration of the Court's denial of any fees for the work performed by Ms. Tran and Mr.

16   Price by supplementing the evidentiary record regarding their education and experience. *Id.*

17   Defendant filed a letter response, asserting that a letter is not the proper route for requesting

18   reconsideration. ECF 165.

19        The Court agrees with Defendant that Plaintiffs' attempt to supplement the evidentiary

20   record for Ms. Tran and Mr. Price is procedurally improper. Defendant highlighted the insufficient

21   evidence regarding Ms. Tran and Mr. Price in its Opposition to Plaintiffs' fee motion, *see* Fees

22   Opp. at 9, 19, ECF 145, yet Plaintiffs made no attempt to remedy this deficiency in their Reply.

23   Pursuant to Civil Local Rule 7-9, Plaintiffs may seek leave to file a motion for reconsideration, but

24   their letter cannot be construed as such. Accordingly, the Court  does not consider this request.

25        On the other hand, the Court finds that Plaintiffs' letter correctly identifies several clerical

26   errors, now corrected as follows in the Amended Order. *See* ECF 166. The first page now

27   correctly states that Plaintiffs sought $1.25, rather than $1.5, million in fees and the Background

28   Section states that Defendant, not Plaintiffs, filed a Rule 23(f) appeal. *Id.* at 1:18, 3:27-28. In

1    addition, the Court explains that, of the 28 hours requested for pre-investigation work conducted

2    by Benjamin Edelman, 13 hours was disallowed because that portion of his pre-investigation work

3    reasonably related to investigation of the unsuccessful Adult Claims which made up much of the

4    initial pleadings. *Id.* at 13:17-24.

5          Additionally, the hours awarded to Mr. Cutter for briefing the class certification motion are

6    modified to reflect his actual request of 24.9 hours, resulting in a total of 214.9 hours awarded to

7    counsel for briefing the class certification motion. This modest correction further causes an

8    adjustment of the total hours allowed for Mr. Cutter's work on the entire case and the total hours

9    allowed for all counsel. Thus, 138.3 hours is awarded to Mr. Cutter for his work on this case and

10   1,159.35 hours is awarded for all work on this case. *Id.* at 15:3, 15:5, 15:8, 17:9. This modification

11   in hours causes the total fees awarded to be set at $132,768 for Mr. Cutter and $921,996 for all

12   counsel. *Id.* at 19, 21.

13         Plaintiffs' counsel further points out inconsistencies in the identification of hours allowed

14   set forth in the charts, as well as the "Total Tentatively Awarded" figure for Daniel Edelman. The

15   amended order corrects the typographical errors.

16         Of these changes, the only modification that alters the total fees awarded is the correction

17   of Mr. Cutter's hours to reflect his request. Thus, the final awards to Mr. Parker, Benjamin

18   Edelman, Daniel Edelman, and Ms. Ibarra remain unchanged—$457,056, $128,778, $186,384,

19   and $17,010, respectively. However, Mr. Cutter shall receive $132,768 and Plaintiffs' total award

20   is now $921,996.

21

22   **IT IS SO ORDERED.**

23

24   Dated:  June 2, 2016

25                                                        _____

26                                                        BETH LABSON FREEMAN
                                                         United States District Judge

27

28

United States District Court
Northern District of California