D. VICTORIA BARANETSKY (SBN 168423)
vbaranetsky@revealnews.org
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 809-3160
Fax: (510) 849-6141

Attorney for Intervenor The Center for Investigative Reporting, Inc.

# IN THE UNITED STATES DISTRICT COURT

# THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| GLYNNIS BOHANNON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>    Defendant. | CASE NO.: 12-CV-01894 BLF<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO INTERVENE AND TO UNSEAL JUDICIAL DOCUMENTS** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on December 13, 2018 at 9 a.m., or as soon thereafter as the matter may be heard, in Courtroom 3 of the above-captioned Court, located at 280 South First Street, San Jose, California 95113, The Center for Investigative Reporting, Inc. will move, and hereby does move, for leave to intervene pursuant to Rule 24 of the Rule of Civil Procedure and to unseal documents in the above-captioned case. These motions are based upon this notice of motion, the accompanying memorandum of points and authorities, the [proposed] order filed herewith, as well as on all of the pleadings, papers, records and orders in this action and such other matters as may come before the Court prior to the disposition of these motions.

As explained in the attached memorandum of points and authorities, the purpose of this motion is to promote the public interest by unsealing the requested materials that would inform the current public debate over Facebook policies and further public understanding of as well as serve the deep-seated American principle of open access to the courts by disclosing documents for which there is no longer any reason for continued secrecy.

Respectfully submitted,

Dated: September 17, 2018

D. VICTORIA BARANETSKY (SBN 168423)