COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
KRISTINE FORDERER (278745)
(kforderer@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:     (415) 693-2000
Facsimile:     (415) 693-2222

Attorneys for Defendant
FACEBOOK, INC.

THE CENTER FOR INVESTIGATIVE REPORTING
D. VICTORIA BARANETSKY (168423)
vbaranetsky@revealnews.org
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 809-3160
Facsimile: (510) 849-6141

Attorneys for THE CENTER FOR INVESTIGATIVE REPORTING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| I.B., by and through his Guardian ad Litem GLYNNIS BOHANNON and J.W., by and through his Guardian ad Litem STEVEN WRIGHT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No.  12-CV-01894 BLF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT FACEBOOK, INC. TO RESPOND TO MOTION FOR LEAVE TO INTERVENE AND TO UNSEAL JUDICIAL DOCUMENTS** |

///

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

STIP &[PROPOSED] ORDER TO EXTEND
TIME FOR FB TO RESPOND TO CIR
CASE NO. 12-CV-01894 BLF

Pursuant to Civil Local Rules 6-1 and 6-2, Facebook, Inc. ("Facebook") and The Center for Investigative Reporting, Inc. ("CIR") (collectively "the Parties"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, CIR filed a Motion for Leave to Intervene and to Unseal Judicial Documents ("Motion to Unseal") on September 17, 2018;

WHEREAS, under Civil Local Rule 7-3(a), Facebook's opposition to the Motion to Unseal is due October 1, 2018, 14 days from the date that the Motion to Unseal was filed;

WHEREAS, the hearing on CIR's Motion to Unseal is currently set for December 13, 2018;

WHEREAS, under Civil Local Rule 6-2(b), the parties to an action may jointly request an order to extend the time frames set in the Local Rules;

WHEREAS, pursuant to the attached Declaration of Whitty Somvichian, counsel for the Parties agree that extending defendant Facebook's time to answer by one week will afford Facebook to narrow the issues for any opposition to Plaintiffs' Motion to Unseal;

NOW THEREFORE, the Parties agree and request that Facebook's deadline to respond to CIR's Motion to Unseal be extended until October 8, 2018.

**IT IS SO STIPULATED.**

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

STIP & [PROPOSED] ORDER TO EXTEND
TIME FOR FB TO RESPOND TO CIR
CASE NO. 12-CV-01894 BLF

| | | |
|---|---|---|
| 1 | Dated: September 28, 2018 | COOLEY LLP<br>MICHAEL G. RHODES (116127)<br>WHITTY SOMVICHIAN (194463)<br>KRISTINE FORDERER (278745) |

*/s/*Whitty Somvichian
Whitty Somvichian (194463)
Attorneys for Defendant
FACEBOOK, INC.

Dated: September 28, 2018    THE CENTER FOR INVESTIGATIVE REPORTING

*/s/*D. Victoria Baranetsky
D. Victoria Baranetsky

*Filer's Attestation: Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Whitty Somvichian hereby attests that concurrence in the filing of this document has been obtained.*

**PURSUANT TO STIPULATION, IT IS ORDERED THAT:**

Facebook shall file its response to CIR's Motion to Unseal matter no later than October 8, 2018.

Dated: _____

HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

188050841