# EXHIBIT OO

**REDACTED PER ORDER - DOCKET 192**

**To:** Michael Levine[mlevine@fb.com]; Gillian Shewaga[gillians@fb.com]
**From:** Gillian Shewaga
**Sent:** Thur 9/19/2013 8:43:35 PM
**Subject:** Message summary

Gillian Shewaga:
>Would you refund this whale ticket?

>
>user is disputing ALL charges that are ff- only go back to Sept 2nd but amount for about 6000

Michael Levine:
>what's the user's total/lifetime spend?

Gillian Shewaga:
>its 6,545- but the card was just added on Sept 2nd

Gillian Shewaga:
>they are disputing all of it i belive

Gillian Shewaga:
>believe

Gillian Shewaga:
>that user looks underage as well

Gillian Shewaga:
>well, maybe not under 13

Michael Levine:
>is the user writing in a parent, or is this user a 13ish year old

Gillian Shewaga:
>its a 13ish yr old

Gillian Shewaga:
>says its 15

Gillian Shewaga:
>looks a bit younger

Gillian Shewaga:
>she* not its

Gillian Shewaga:
>lol

Michael Levine:
>sorry for this delay

Michael Levine:
>i wouldn't refund

Gillian Shewaga:
>oh thats fine

Gillian Shewaga:
>cool

Gillian Shewaga:
>agreed. Just double checking